**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LaCHRISTOPHER ONTONIO MAYS**                                    **MOVANT**

**v.**                                                    **No. 4:22-cr-125-MPM-JMV**

**UNITED STATES OF AMERICA**                                    **RESPONDENT**


**ORDER REQUIRING GOVERNMENT TO RESPOND**

The court has reviewed the movant's request under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, and finds that a response from the government is appropriate. It is **ORDERED** that within 60 days of the date of this order, the United States of America must submit a response to the instant motion. The Movant's deadline to file a reply to the government's response is 14 days after service upon him of the Government's response.

**SO ORDERED**, this, the 5th day of May, 2026.


                                                    /s/Michael P. Mills
                                                    UNITED STATES DISTRICT JUDGE
                                                    NORTHERN DISTRICT OF MISSISSIPPI